# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHARI LINDENBAUM, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:17-cv-1991 |
| Plaintiff, | ) ) | Hon. James S. Gwin |
| v. | ) ) | |
| LYFT, INC., | ) ) | |
| Defendant. | ) | |

## DEFENDANT LYFT, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Lyft, Inc. ("Lyft") respectfully requests a thirty-day extension of time, up to and including November 13, 2017, in which to answer or otherwise respond to Plaintiff's Complaint.[1] Counsel for Lyft contacted counsel for Plaintiff by telephone on October 11, 2017, and counsel for Plaintiff stated that he consents to the requested relief.

Absent an extension, Lyft's response to the Complaint is due on October 13, 2017. The undersigned counsel from Mayer Brown LLP were just retained to represent Lyft in this action, and require additional time to research and prepare an appropriate response to the allegations in the Complaint. This request is not made for the purposes of delay. No prior extensions have been requested, and no party will be prejudiced by the requested extension. The requested extension will not affect any Court-ordered deadlines in the case, as a scheduling order has not yet issued.

---

[1] Thirty days after the current deadline to respond to the Complaint is Sunday, November 12, making the due date Monday, November 13 under Fed. R. Civ. P. 6(a)(1)(C).

1

For the forgoing reasons, Lyft respectfully requests a thirty-day extension of time, up to and including November 13, 2017, in which to answer or otherwise respond to Plaintiff's Complaint.

Dated: October 11, 2017                                         Respectfully submitted,

                                                       By:    /s/ Stephen E. Baskin
                                                               Stephen E. Baskin (0065662)
                                                               Archis A. Parasharami (*pro hac vice to be filed*)
                                                               Daniel E. Jones (*pro hac vice to be filed*)
                                                               MAYER BROWN LLP
                                                               1999 K Street, N.W.
                                                               Washington, D.C. 20001
                                                               (202) 263-3000
                                                               sbaskin@mayerbrown.com

## CERTIFICATE OF SERVICE

I certify that on October 11, 2017, a copy of this **Unopposed Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint** was electronically filed using the CM/ECF System. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Stephen E. Baskin
Stephen E. Baskin
