IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHARI LINDENBAUM, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:17-cv-1991 |
| Plaintiff, | ) ) | Hon. Solomon Oliver, Jr. |
| v. | ) ) | |
| LYFT, INC., | ) ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF DANIEL E. JONES

Pursuant to Local Rule 83.5(h), I, Stephen E. Baskin, of the law firm of Mayer Brown LLP and of the bar of this Court, moves the admission *Pro Hac Vice* of Daniel E. Jones of the law firm of Mayer Brown LLP to the bar of this Court for the purpose of representing Lyft, Inc. in the instant matter.

Daniel E. Jones is an active member, in good standing of the highest court of the State of Virginia and the District of Columbia, the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the District of Columbia, as well as the U.S. Courts of Appeals for the Second, Seventh, and Ninth Circuits, and the U.S. Supreme Court.

Daniel E. Jones has certified in the attached Affidavit that he is eligible for admission to this Court and is admitted to practice and in good standing in the jurisdictions stated in paragraph 2 above. The certificates of Good Standing are attached. Finally, Daniel E. Jones has further certified that he will familiarize himself with the Local Rules of this Court and shall abide by the rules of Professional Conduct. (See attached Affidavit).

For the foregoing reasons, it is respectfully requested that Daniel E. Jones be admitted to practice before the Court *Pro Hac Vice* in the above-captioned case.

Respectfully submitted,

s/ Stephen E. Baskin
Stephen E. Baskin (0065662)
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20001
(202) 263-3000
sbaskin@mayerbrown.com

*Counsel for Defendant Lyft, Inc.*

## **CERTIFICATE OF SERVICE**

The foregoing document was filed electronically with the Court on November 7, 2017 using the CM/ECF system, which will send notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

    s/ Stephen E. Baskin      
Stephen E. Baskin
