# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SHARI LINDENBAUM**, individually and on behalf of all others similarly situated,  *Plaintiff*,  v.  **LYFT, INC.**,  *Defendant*. | Case No. : 1:17-cv-1991  JUDGE SOLOMON OLIVER, JR. |

## ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS THE ACTION

Having considered the Stipulated Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, the motion for voluntary dismissal is GRANTED under the authority of Fed. R. Civ. P. 41. This action is hereby dismissed, with prejudice.

IT IS SO ORDERED.

 1/18/2018  /S/ SOLOMON OLIVER, JR.
**DATE**  **JUDGE SOLOMON OLIVER, JR.**
 **UNITED STATES DISTRICT JUDGE**